### DEWBERRY v. JOHNSON.

This case being for decision by a full bench of six Justices, who are evenly divided in opinion (Chief Justice Fish and Justices Lumpkin and Atkinson favoring a reversal, and Presiding Justice Evans and Justices Beck and Hill favoring an affirmance), the judgment of the court below stands affirmed by operation of law.

JULY 21, 1915.

Action for damages. Before Judge Rawlings. Emanuel superior court. January 13, 1914.

*Saffold & Jordan,* for plaintiff in error.

*T. N. Brown,* contra.